MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. JACOB SCHNEIDER            CASE NO. 4:09-CR-00024-SAO
Defendant: X Present Telephonically  X On Bond

BEFORE THE HONORABLE:           SCOTT A. ORAVEC

DEPUTY CLERK/RECORDER:          BRITTANY BLACKWELL

UNITED STATES' ATTORNEY:        ROBERT WARREN

DEFENDANT'S ATTORNEY:           KEN COVELL, RETAINED

U.S.P.O.:                       TONI OSTANIK

PROCEEDINGS: ARRAIGNMENT ON SUPERSEDING MISDEMEANOR
             INFORMATION/CHANGE OF PLEA/IMPOSITION OF SENTENCE
             HELD 10/1/09:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:17 a.m. court convened.

 X Court read Superseding Misdemeanor Information to defendant.

 X Defendant sworn.

 X Defendant advised of general rights, charges and penalties.

 X Defendant stated true name: Same as above        Age:  27

 X Defendant entered a plea of guilty to count 1 of the
Superseding Misdemeanor Information.

 X Court accepted plea.

 X Defendant orally waived preparation of Presentence Report.

 x Court accepted the parties oral plea agreement.

 X Consent to Proceed before U.S. Magistrate Judge **FILED**.

 X Notice of Appeal form given to defense consel.

 X Court stated findings/reasons pursuant to sentencing
guidelines.

Continued To Page 2

DATE: 10/1/09                   DEPUTY CLERK'S INITIALS: BAB
Revised 9-28-0

```
                    Continuation - Page 2
         U.S.A. vs. Jacob Peter Schneider, 4:09-CR-00024-SAO
      Arraignment on Superseding Misdemeanor Information/Change of
                    Plea/Imposition of Senetence
                          October 1, 2009
-----------------------------------------------------------------
```

_X_ Fined $1,000.00 due January 1, 2010.

_X_ Special Assessment $25.00, due immediately.

_X_ On Motion of the U.S. Attorney, Counts 1 & 2 of the Misdemeanor Information **DISMISSED**.

_X_ Court advised defendant of appeal rights.

_X_ OTHER: Court and counsel heard re defendant's telephonic appearance.  Court and counsel heard re sentencing recommendations.

At 9:46 a.m. court adjourned.

DATE: 10/1/09                DEPUTY CLERK'S INITIALS: BAB

Revised 9-28-0